ALHAMBRA GOLD MINE CORP. *v.* ALHAMBRA-
SHUMWAY MINES, INC.

No. 880.   Decided May 19, 1958.

*Jerome Weber* for appellant.

*Richard Z. Lamberson* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   *Gospel Army* v. *Los Angeles,* 331 U. S. 543.

BROWNING *v.* KANSAS.

No. 620, Misc.   Decided May 19, 1958.

PER CURIAM.

The appeal is dismissed.